# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2476
Lower Tribunal No. 2018-CA-010270-O

_____

WILLIAM M. WINDSOR,

Appellant,

v.

ROBERT KEITH LONGEST and
BOISE CASCADE BUILDING MATERIALS DISTRIBUTION, L.L.C.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

December 8, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).


NARDELLA, WOZNIAK and SMITH, JJ., concur.


William M. Windsor, Sioux Falls, South Dakota, pro se.

Matthew J. Conigliaro, of Carlton Fields, P.A., Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED